1  WORKMAN LAW FIRM, PC
   Robin G. Workman
2  robin@workmanlawpc.com
   2325 3rd St., Suite 329
3  San Francisco, CA 94107
   Telephone: (415) 782-3660
4  Facsimile: (415) 788-1028

5  Attorneys for Plaintiff
   JONATHAN GRAHAM
6
   SEYFARTH SHAW LLP
7  Michele J. Beilke (SBN 194098)
   mbeilke@seyfarth.com
8  Julia Y. Trankiem (SBN 228666)
   jtrankiem@seyfarth.com
9  601 South Figueroa Street, Suite 3300
   Los Angeles, California 90017-5793
10 Telephone:  213-270-9600
   Facsimile:   213-270-9601
11
   SEYFARTH SHAW LLP
12 Jeffrey A. Nordlander (SBN 308929)
   jnordlander@seyfarth.com
13 400 Capitol Mall, Suite 2300
   Sacramento, California 95814-4428
14 Telephone:  916-498-7051
   Facsimile:   916-558-4839
15
   Attorneys for Defendants
16 STRYKER CORPORATION and
   STRYKER EMPLOYMENT COMPANY, LLC
17

18                    UNITED STATES DISTRICT COURT

19                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  JONATHAN GRAHAM, on behalf of himself and all others similarly situated and as a representative for the State of California, | Case No. 2:24-cv-01411-DJC-JDP |
| 21 | Honorable Daniel J. Calabretta |
| 22            Plaintiff, | **ORDER RE DISMISSAL** |
| 23       v. | [Sacramento County Superior Court Case No. 24CV007127] |
| 24  STRYKER CORPORATION, STRYKER EMPLOYMENT COMPANY, LLC, STRYKER MEDICAL AND SURGICAL EQUIPMENT CORPORATION and Does 1 through 50, inclusive, | Complaint Filed:   August 11, 2024  Trial Date:             August 16, 2027 |
| 25 | |
| 26 | |
| 27            Defendants. | |

28

1

ORDER RE DISMISSAL

316507989v.2

The Court hereby recognizes and approves the stipulation of the parties with respect to the dismissal without prejudice of Defendants Stryker Corporation and Stryker Medical and Surgical Equipment Corporation.

IT IS HEREBY ORDERED that Defendants Stryker Corporation and Stryker Medical and Surgical Equipment Corporation be and hereby are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  April 10, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE