WORKMAN LAW FIRM, PC
Robin G. Workman (Bar #145810)
robin@workmanlawpc.com
2325 3rd Street, Suite 329
San Francisco, CA 94107
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

*Attorneys for Plaintiff, Jonathan Graham on behalf of himself and all other similarly situated*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRAHAM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER EMPLOYMENT COMPANY, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | No.   2:24-CV-01411-DJC-JDP<br><br>Hon. Daniel J. Calabretta<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO BIFURCATE DISCOVERY AND SUMMARY JUDGMENT**<br><br>[Alameda County Superior Court Case No. 24-CV-007127] |

Plaintiff Jonathan Graham ("Plaintiff") and Defendant Stryker Employment Company, LLC ("Stryker") (collectively "the Parties"), by and through their undersigned attorneys, hereby stipulate as follows:

WHEREAS, on May 28, 2025, Defendant filed a Motion to Bifurcate Discovery and Summary Judgment (ECF No. 28), which is scheduled to be heard on July 10, 2025, at 1:30 p.m. in Courtroom 7, 14th Floor of this Court;

WHEREAS, counsel for Plaintiff is unavailable on the date noticed for the hearing due to a conflict with a previously scheduled hearing in the San Mateo Superior Court;

WHEREAS, the Parties agree and request that the hearing be continued one week to July 17, 2025, and 1:30 p.m. in Courtroom 7, 14th Floor;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their counsel of record, that:

Provided it is agreeable to the Court, the hearing in Courtroom 7, 14th Floor, of this Court on Defendant's Motion to Bifurcate Discovery and Summary Judgment shall be continued from July 10, 2025, at 1:30 p.m. to July 17, 2025, at 1:30 p.m.

**IT IS SO STIPULATED.**

DATED: March 3, 2025                    Respectfully submitted,

                                        WORKMAN LAW FIRM, PC

                                        By:  /s/Robin G. Workman
                                            Robin G. Workman
                                            Attorneys for Plaintiff
                                            JONATHAN GRAHAM

DATED: March 3, 2025                    Respectfully submitted,

                                        SEYFARTH SHAW LLP

                                        By:  /s/Jeffrey A. Nordlander
                                            Michele J. Beilke
                                            Julia Y. Trankiem
                                            Jeffrey A. Nordlander
                                            Attorneys for Defendants
                                            STRYKER CORPORATION AND STRYKER
                                            EMPLOYMENT COMPANY, LLC

# ORDER

Upon the stipulation of the Parties, and good cause appearing, the Court adopts the Parties' stipulation and hereby orders:

The hearing on Defendant's Motion to Bifurcate Discovery and Summary Judgment on July 10, 2025, at 1:30 p.m., shall be CONTINUED and heard via videoconference on July 17, 2025, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  June 5, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE