WORKMAN LAW FIRM, PC
Robin G. Workman
robin@workmanlawpc.com
2325 3rd St., Suite 329
San Francisco, CA 94107
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

Attorneys for Plaintiff
JONATHAN GRAHAM

SEYFARTH SHAW LLP
Michele J. Beilke (SBN 194098)
mbeilke@seyfarth.com
Julia Y. Trankiem (SBN 228666)
jtrankiem@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  213-270-9600
Facsimile:   213-270-9601

SEYFARTH SHAW LLP
Jeffrey A. Nordlander (SBN 308929)
jnordlander@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:  916-498-7051
Facsimile:   916-558-4839

Attorneys for Defendant
STRYKER EMPLOYMENT COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRAHAM, on behalf of himself and all others similarly situated and as a representative for the State of California,<br><br>Plaintiff,<br><br>v.<br><br>STRYKER EMPLOYMENT COMPANY, LLC, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01411-DJC-JDP<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES; ORDER**<br><br>Complaint Filed:    August 11, 2024<br>Trial Date:            None Set |

1

JOINT STIPULATION TO AMEND SCHEDULING ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES; ORDER

325055825v.1

Plaintiff Jonathan Graham ("Plaintiff") and Defendant Stryker Employment Company, LLC ("Stryker"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, to amend the Scheduling Order (Dkt. 22) solely to continue the expert disclosure and expert discovery deadlines as set forth below.

WHEREAS, this stipulation is made pursuant to Federal Rule of Civil Procedure 16(b)(4) and on the basis of good cause, including the Parties' diligence and the absence of prejudice;

WHEREAS, under the current Scheduling Order, the deadlines for expert disclosures and expert discovery are:

    1.    Deadline to disclose initial experts and produce reports: April 10, 2026;

    2.    Deadline to disclose rebuttal experts and produce reports: May 8, 2026; and

    3.    Deadline to complete expert discovery: June 5, 2026.

WHEREAS, the Parties, having met and conferred, jointly request that the Court continue only the expert-related deadlines as follows:

    1.    Deadline to disclose initial experts and produce reports: October 5, 2026;

    2.    Deadline to disclose rebuttal experts and produce reports: November 2, 2026; and

    3.    Deadline to complete expert discovery: December 4, 2026.

WHEREAS, all other dates and deadlines in the Scheduling Order shall remain unchanged;

WHEREAS, good cause exists to modify the Scheduling Order because, despite the Parties' diligence, a material category of compensation/commission-related data needed to support expert analysis is not presently available to Stryker in a usable format due to circumstances outside Stryker's immediate control;

WHEREAS, during fact discovery, Plaintiff requested production of certain commission-related records for purposes of expert analysis and expert discovery. Stryker is agreeable to producing the requested commission data to the extent it is reasonably available. However, due to a transition in approximately July 2023 involving Stryker's third-party commission management software provider, certain commission data for the period prior to July 2023 is not currently accessible to Stryker in a usable, exportable format. The provider archived historical commission data in a manner that has rendered it functionally unusable for standard review and production;

2

JOINT STIPULATION TO AMEND SCHEDULING ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES; ORDER

WHEREAS, Stryker is actively investigating whether and how the archived pre–July 2023 data can be retrieved, translated, converted, or otherwise rendered usable (including by working with the vendor and/or technical personnel) so that it can be produced in a reasonably usable form. The requested continuance will allow additional time for Stryker to complete that investigation and, if feasible, to produce the data in a form that can be meaningfully analyzed by experts;

WHEREAS, extending the expert deadlines will promote efficiency and conserve the Parties' and the Court's resources by avoiding premature expert retention, report preparation, and expert discovery before the key commission data issue is resolved. This is particularly appropriate where expert discovery may be narrowed, streamlined, or rendered unnecessary depending on the Court's rulings on anticipated dispositive and/or class-related issues;

WHEREAS, the requested continuance is limited to expert disclosures and expert discovery. The Parties do not seek to modify any other dates or deadlines in the case. Further, the Parties agree that expert discovery is not necessary to resolve (1) Stryker's motion for summary judgment as to Plaintiff's individual claims and/or (2) Plaintiff's motion for class certification, such that continuing expert deadlines will not interfere with briefing, hearing, or adjudication of those matters; and

WHEREAS, this stipulation is made in good faith and not for purposes of delay. The Parties have met and conferred regarding these issues and jointly seek a modest, targeted extension to address a technical data-availability issue and facilitate efficient case management.

**IT IS SO STIPULATED.**

JOINT STIPULATION TO AMEND SCHEDULING ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES; ORDER

325055825v.1

DATED: April 7, 2026

Respectfully submitted,

WORKMAN LAW FIRM, PC

By: */s/Robin G. Workman* [As Authorized on April 7, 2026]
    Robin G. Workman

Attorneys for Plaintiff
JONATHAN GRAHAM

DATED: April 9, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:   */s/Jeffrey A. Nordlander*
    Michele J. Beilke
    Julia Y. Trankiem
    Jeffrey A. Nordlander

Attorneys for Defendants
STRYKER CORPORATION AND STRYKER
EMPLOYMENT COMPANY, LLC

JOINT STIPULATION TO AMEND SCHEDULING ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES;
ORDER

325055825v.1

ORDER

The Court, having considered the Parties' Joint Stipulation to Amend Scheduling Order to Continue Expert Discovery Deadlines, and good cause appearing therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. The Scheduling Order (Dkt. 22) is amended solely as to expert disclosures and expert discovery deadlines as follows:

    a. Deadline to disclose initial experts and produce reports: October 5, 2026;

    b. Deadline to disclose rebuttal experts and produce reports: November 2, 2026; and

    c. Deadline to complete expert discovery: December 4, 2026.

2. All other provisions and deadlines in the Scheduling Order (Dkt. 22) remain in full force and effect.

**IT IS SO ORDERED.**

Dated:  April 9, 2026                                    /s/ Daniel J. Calabretta
                                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                                  UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO AMEND SCHEDULING ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES; ORDER

325055825v.1