WORKMAN LAW FIRM,
PC Robin G. Workman
robin@workmanlawpc.com
2325 3rd St., Suite 329 San
Francisco, CA 94107
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

Attorneys for Plaintiff
JONATHAN GRAHAM

SEYFARTH SHAW LLP
Michele J. Beilke (SBN 194098)
mbeilke@seyfarth.com
Julia Y. Trankiem (SBN 228666)
jtrankiem@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: 213-270-9600
Facsimile: 213-270-9601

SEYFARTH SHAW LLP
Jeffrey A. Nordlander (SBN
308929) jnordlander@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: 916-498-7051
Facsimile: 916-558-4839

Attorneys for Defendant
STRYKER EMPLOYMENT COMPANY, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRAHAM, on behalf of himself and all others similarly situated and as a representative for the State of California,<br><br>Plaintiff,<br><br>v.<br><br>STRYKER EMPLOYMENT COMPANY, LLC, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01411-DJC-JDP<br><br>**JOINT STIPULATION TO MODIFY MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE; ORDER**<br><br>Complaint Filed:    August 11, 2024<br>Trial Date:    None Set |

1

Plaintiff Jonathan Graham ("Plaintiff") and Defendant Stryker Employment Company, LLC ("Stryker" or "Defendant"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, to modify the motion for summary judgment briefing schedule set forth in the Court's Standing Order (Dkt. 7-1) as follows:

WHEREAS, pursuant to the Court's Standing Order (Dkt. 7-1) and Scheduling Order (Dkt. 27), the Parties have met and conferred regarding their respective intentions to file motions for summary judgment;

WHEREAS, Stryker intends to file a motion for summary judgment as to all claims, and Plaintiff intends to file a cross-motion for summary adjudication as to Plaintiff's claims under Labor Code § 2751 and Labor Code § 2802;

WHEREAS, the Standing Order (Dkt. 7-1) establishes the following briefing schedule where the Parties intend to file cross-motions for summary judgment:

(1)     Plaintiff's opening brief (25 pages maximum), along with any other documents required or permitted under Local Rule 260, shall be filed at least fourteen (14) days before the dispositive motions filing deadline;

(2)     Defendant's opposition and cross-motion for summary judgment (35 pages maximum) shall be filed no later than fourteen (14) days after the motion is filed;

(3)     Plaintiff's reply and opposition (20 pages maximum) shall be filed no later than fourteen (14) days after Defendant's opposition and cross-motion are filed; and

(4)     Defendant's reply (10 pages maximum) shall be filed no later than ten (10) days after Plaintiff's reply and opposition are filed.

WHEREAS, the Parties, having met and conferred, jointly request that the Court modify the briefing schedule, so that Stryker files the opening brief, with the revised briefing schedule being as follows:

(1)     Stryker's opening brief (25 pages maximum), along with any other documents required or permitted under Local Rule 260, shall be filed at least fourteen (14) days before the

JOINT STIPULATION TO MODIFY MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE; ORDER

325590580v.1

dispositive motions filing deadline;[1]

(2)     Plaintiff's opposition and cross-motion for summary judgment or motion for summary adjudication (35 pages maximum) shall be filed no later than fourteen (14) days after Stryker's motion is filed;

(3)     Stryker's reply and opposition (20 pages maximum) shall be filed no later than fourteen (14) days after Plaintiff's opposition and cross-motion are filed; and

(4)     Plaintiff's reply (10 pages maximum) shall be filed no later than ten (10) days after Stryker's reply and opposition are filed.

WHEREAS, good cause exists to modify the briefing schedule as set forth herein. The default briefing schedule under the Standing Order contemplates that the moving party is Plaintiff. Here, however, given the nature of the claims and the Parties' respective motions, it is more efficient and logical for Stryker, as the party moving for summary judgment as to all claims, to file the opening brief. The requested modification will promote judicial economy, streamline the presentation of the issues before the Court, and avoid duplicative or disjointed briefing;

WHEREAS, the requested modification will not alter the dispositive motions filing deadline, will not affect any other dates in the Scheduling Order (Dkt. 27), and will not prejudice either Party; and

WHEREAS, the Parties stipulate and agree that the modified briefing schedule set forth herein will facilitate the efficient disposition of this action.

**IT IS SO STIPULATED.**

---

[1] Stryker intends to file its motion for summary judgment shortly after the briefing schedule is established.

3

325590580v.1

DATED: May 1, 2026

Respectfully submitted,

WORKMAN LAW FIRM, PC

By: /s/Robin G. Workman [As Authorized on 5/1/26]

Robin G. Workman

Attorneys for Plaintiff
JONATHAN GRAHAM

DATED: May 1, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/Jeffrey A. Nordlander

Michele J. Beilke
Julia Y. Trankiem
Jeffrey A. Nordlander

Attorneys for Defendant
STRYKER EMPLOYMENT COMPANY, LLC

4

JOINT STIPULATION TO MODIFY MOTION FOR SUMMARY JUDGMENT BRIEFING
SCHEDULE; ORDER

325590580v.1

## **ORDER**

The Court, having considered the Parties' Joint Stipulation to Modify Motion for Summary Judgment Briefing Schedule, and good cause appearing therefor, hereby GRANTS the stipulation and ORDERS as follows.

The Parties shall file their respective motions for summary judgment or summary adjudication according to the following briefing schedule:

(1)    Stryker's opening brief (25 pages maximum), along with any other documents required or permitted under Local Rule 260, shall be filed at least fourteen (14) days before the dispositive motions filing deadline;

(2)    Plaintiff's opposition and cross-motion for summary judgment or motion for summary adjudication (35 pages maximum) shall be filed no later than fourteen (14) days after Stryker's motion is filed;

(3)    Stryker's reply and opposition (20 pages maximum) shall be filed no later than fourteen (14) days after Plaintiff's opposition and cross-motion are filed; and

(4)    Plaintiff's reply (10 pages maximum) shall be filed no later than ten (10) days after Stryker's reply and opposition are filed.

**IT IS SO ORDERED.**

Dated:  May 6, 2026                    /s/ Daniel J. Calabretta
                                        _____
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO MODIFY MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE; ORDER

325590580v.1