WORKMAN LAW FIRM, PC
Robin G. Workman (Bar #145810)
robin@workmanlawpc.com
2325 3rd Street, Suite 329
San Francisco, CA 94107
Telephone:  (415) 782-3660
Facsimile:  (415) 788-1028

*Attorneys for Plaintiff, Jonathan Graham on
behalf of himself and all others similarly situated*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRAHAM, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STRYKER EMPLOYMENT COMPANY, LLC, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No.　2:24-CV-01411-DJC-JDP<br><br>**NOTICE OF PLAINTIFF'S REQUEST TO SEAL PORTIONS OF EXHIBIT C TO THE DECLARATION OF JONATHAN GRAHAM IN SUPPORT OF OPPOSITION TO DEFENDANT STRYKER EMPLOYMENT COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION AND IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY ADJUDICATION AGAINST STRYKER EMPLOYMENT COMPANY, LLC**<br><br>[Alameda County Superior Court Case No. 24-CV-007127] |

NOTICE OF REQUEST TO SEAL DOCUMENTS    -1-            3341\MOTIONS\NOTICEOFREQTOSEALDOCS

TO DEFENDANT AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT Pursuant to L.R. 141(b), Plaintiff Jonathan Graham ("Plaintiff") hereby gives notice of his Request To Seal Portions Of Exhibit C To The Declaration Of Jonathan Graham In Support Of Opposition To Defendant Stryker Employment Company, LLC's Motion For Summary Judgment, Or In The Alternative, Summary Adjudication And In Support Of Plaintiff's Cross-Motion For Summary Adjudication Against Stryker Employment Company, LLC.

Plaintiff requests to seal 10 pages of emails included in Exhibit C to the Declaration Of Jonathan Graham In Support Of Opposition To Defendant Stryker Employment Company, LLC's Motion For Summary Judgment, Or In The Alternative, Summary Adjudication And In Support Of Plaintiff's Cross-Motion For Summary Adjudication Against Stryker Employment Company, LLC, pursuant to the June 23, 2023, Stipulated Protective Order (Dkt #33) in this matter. These exhibits, which are defined below, were produced during the course and scope of discovery in this matter and designated as "CONFIDENTIAL" by Defendant Stryker Employment Company, LLC.

The documents sought to be permanently sealed are as follows:

Exhibit C, Pages 8-11:    2023.07.06 email chain re Missed Payments

Exhibit C, Page 12:    2023.07.12 email re June 2023 Missing Commissions

Exhibit C, Pages 13-14:    2023.07.25 email re June 2023 Missing Commissions

Exhibit C, Pages 15-17:    2023.07.06 email re Missed Payments

Pursuant to L.R. 141(b), Plaintiff has submitted his Request to Seal Documents, (Proposed) Order, and the documents requested to be sealed to the Court by email and via electronic email service to Defendant and its counsel of record.

Date: June 9, 2026    WORKMAN LAW FIRM, PC

By:  /s/Robin G. Workman
Robin G. Workman
*Attorneys for Jonathan Graham, and all others similarly situated*

PROOF OF SERVICE    -2-    3341\MOTIONS\APPLFILEUNDERSEALPOS

**PROOF OF SERVICE**

I, Cheryl Porter hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Workman Law Firm, PC, 2325 3rd Street, Suite 329, San Francisco, California. My email address is cheryl@workmanlawpc.com. I am personally and readily familiar with the business practice of Workman Law Firm, PC for collection and transmission of documents for service via electronic mail. On the date and time set forth below, I served the following document(s) in the following manners:

**NOTICE OF PLAINTIFF'S REQUEST TO SEAL PORTIONS OF EXHIBIT C TO THE DECLARATION OF JONATHAN GRAHAM IN SUPPORT OF OPPOSITION TO DEFENDANT STRYKER EMPLOYMENT COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION AND IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY ADJUDICATION AGAINST STRYKER EMPLOYMENT COMPANY, LLC**

**PROPOSED ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL PORTIONS OF EXHIBIT C TO THE DECLARATION OF JONATHAN GRAHAM IN SUPPORT OF OPPOSITION TO DEFENDANT STRYKER EMPLOYMENT COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION AND IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY ADJUDICATION AGAINST STRYKER EMPLOYMENT COMPANY, LLC**

**PLAINTIFF'S REQUEST TO SEAL PORTIONS OF EXHIBIT C TO THE DECLARATION OF JONATHAN GRAHAM IN SUPPORT OF OPPOSITION TO DEFENDANT STRYKER EMPLOYMENT COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION AND IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY ADJUDICATION AGAINST STRYKER EMPLOYMENT COMPANY, LLC**

**EXHIBIT C TO THE DECLARATION OF JONATHAN GRAHAM**

**BY ELECTRONIC MAIL (EMAIL).** By sending the document(s) to the person(s) at the email address(es) listed below and/or by providing a Dropbox link for download of the documents. I did not receive a notification that delivery failed.

**Attorneys for Defendants**
SEYFARTH SHAW LLP
Michele J. Beilke, mbeilke@seyfarth.com
Julia Y. Trankiem, jtrankiem@seyfarth.com
Jeffrey A. Nordlander, jnordlander@seyfarth.com
Crystal Holman, cholman@seyfarth.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on June 9, 2026, at San Francisco, California.

_____
Cheryl Porter

PROOF OF SERVICE                    -3-                    3341\MOTIONS\APPLFILEUNDERSEALPOS