WORKMAN LAW FIRM, PC
Robin G. Workman (Bar #145810)
robin@workmanlawpc.com
2325 3rd Street, Suite 329
San Francisco, CA 94107
Telephone:  (415) 782-3660
Facsimile:  (415) 788-1028

*Attorneys for Plaintiff, Jonathan Graham on
behalf of himself and all others similarly situated*

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

JONATHAN GRAHAM, on behalf of himself and all others similarly situated,

      Plaintiff,

  vs.

STRYKER EMPLOYMENT COMPANY, LLC, and DOES 1 through 50, inclusive,

      Defendants.

No.  2:24-CV-01411-DJC-JDP

**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL PORTIONS OF EXHIBIT C TO THE DECLARATION OF JONATHAN GRAHAM IN SUPPORT OF OPPOSITION TO DEFENDANT STRYKER EMPLOYMENT COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION AND IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY ADJUDICATION AGAINST STRYKER EMPLOYMENT COMPANY, LLC**

[Alameda County Superior Court Case No. 24-CV-007127]

ORDER TO SEAL               -1-           3341\MOTIONS\REQSEALPROORDER

TO THE HONORABLE COURT AND TO DEFENDANT AND ITS ATTORNEY OF RECORD:

Having read and considered Plaintiff Jonathan Graham's Request to Seal Documents, the supporting Declaration, and the exhibits submitted by Plaintiff in the above-captioned matter, the Court hereby grants Plaintiff's Request as follows: Plaintiff is hereby ordered to file the Declaration of Jonathan Graham in In Support Of Opposition To Defendant Stryker Employment Company, LLC's Motion For Summary Judgment, Or In The Alternative, Summary Adjudication And In Support Of Plaintiff's Cross-Motion For Summary Adjudication Against Stryker Employment Company, LLC including the following confidential exhibits, under seal:

| | |
|---|---|
| Exhibit C, Pages 8-11: | 2023.07.06 email chain re Missed Payments |
| Exhibit C, Page 12: | 2023.07.12 Graham email re June 2023 Missing Commissions |
| Exhibit C, Pages 13-14: | 2023.07.25 Mahan email re June 2023 Missing Commissions |
| Exhibit C, Pages 15-17: | 2023.07.06 Graham email to Grau re Missed Payments |

**IT IS SO ORDERED.**

Dated:  June 17, 2026                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE