SEYFARTH SHAW LLP
Michele J. Beilke (SBN 194098)
mbeilke@seyfarth.com
Julia Y. Trankiem (SBN 228666)
jtrankiem@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:(213) 270-9600
Facsimile:  (213) 270-9601

SEYFARTH SHAW LLP
Jeffrey A. Nordlander (SBN 308929)
jnordlander@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile:  (916) 558-4839

Attorneys for Defendant
STRYKER EMPLOYMENT COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRAHAM, on behalf of himself and all others similarly situated and as a representative for the State of California,<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION, STRYKER EMPLOYMENT COMPANY, LLC, STRYKER MEDICAL AND SURGICAL EQUIPMENT CORPORATION and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01411-DJC-JDP<br><br>Honorable District Judge Daniel J. Calabretta<br><br>**DEFENDANT STRYKER EMPLOYMENT COMPANY, LLC'S NOTICE OF ERRATA REGARDING DECLARATION OF KATIE GRAU**<br><br>Date: July 9, 2026<br>Time: 1:30 p.m.<br>Ctrm: 7 |

DEFENDANT'S NOTICE OF ERRATA REGARDING DECLARATION OF KATIE GRAU
326729885v.1

TO PLAINTIFF AND HIS ATTORNEY OF RECORD AND THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Defendant Stryker Employment Company, LLC ("Stryker") hereby submits this Notice of Errata to correct an omission in its May 26, 2026 Motion for Summary Judgment or, in the Alternative, Summary Adjudication.

**Nature of the Omission.** The Declaration of Katie Grau, executed on February 4, 2026, was cited in Stryker's Statement of Undisputed Material Facts (Dkt. 54-3) in support of UMF Nos. 62–65, but was inadvertently neither filed with the Court nor served on Plaintiff's counsel with Stryker's moving papers. The omission was discovered during preparation of Stryker's reply papers. Stryker regrets this error and submits the Grau Declaration herewith. A copy of the Grau Declaration is attached hereto as Exhibit A.

**The Grau Declaration and Its Relationship to the Existing Record.** The Grau Declaration pertains to Stryker's practices for issuing wage statements to employees. It attaches as **Exhibits A** and **B**, respectively, a Stryker policy explaining how employees may elect direct deposit and Plaintiff's direct deposit election form. Critically, both documents attached to the Grau Declaration are already before the Court and have been in Plaintiff's possession throughout this litigation:

- Exhibit A (direct deposit policy) was attached to the Declaration of Jeffrey A. Nordlander in support of Stryker's Motion for Summary Judgment as Exhibit A-8 and was introduced as an exhibit during Plaintiff's July 2, 2025 deposition.
- Exhibit B (Plaintiff's direct deposit election form) was attached to the Nordlander Declaration as Exhibit A-9 and was likewise introduced as an exhibit during Plaintiff's deposition.

Additionally, the facts underlying UMF Nos. 62–65 are independently supported by Plaintiff's own deposition testimony. *See* Plf's Dep. 118:21-119:22, Ex. A-6, 132:3-12,[1] 134:13-135:5, 135:21-137:12, Ex. A-8, 137:13-24, Ex. A-9.

---

[1] Exhibit A-6 is Stryker's Employee Handbook, which separately confirms that payroll checks are mailed to employees unless they elect direct deposit: "Employees paid semi-monthly have a pay check mailed to their home on the 15th and the last day of each month unless the employee has signed up for and authorized direct deposit of their paycheck (see below)." Nordlander Dec., Ex. A-6, Employee Handbook, p. 39.

1

**No Prejudice to Plaintiff.** Plaintiff is not prejudiced by the Court's consideration of the Grau Declaration. The documents attached to the Grau Declaration were in Plaintiff's possession before this litigation commenced, were produced in discovery, were introduced and addressed during Plaintiff's deposition, and are already part of the summary judgment record through the Nordlander Declaration. The Grau Declaration provides declarant testimony contextualizing documents Plaintiff has long possessed and with which Plaintiff was confronted at his own deposition. Moreover, because Stryker submits this Notice as part of its Opposition to Plaintiff's Cross-Motion for Summary Judgment, Plaintiff retains the full opportunity to address the Grau Declaration and its exhibits in his Reply to his Cross-Motion. Plaintiff therefore suffers no cognizable prejudice from the Court's consideration of the Grau Declaration.

**Alternative Request.** Should the Court decline to consider the Grau Declaration, Stryker respectfully requests that the Court find UMF Nos. 62–65 established on the basis of Plaintiff's deposition testimony and the exhibits introduced therein, cited above, and grant Stryker's Motion accordingly.

DATED: June 23, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:    */s/ Jeffrey A. Nordlander*

Michele J. Beilke
Julia Y. Trankiem
Jeffrey A. Nordlander
Attorneys for Defendant
STRYKER EMPLOYMENT COMPANY, LLC

2

DEFENDANT'S NOTICE OF ERRATA REGARDING DECLARATION OF KATIE GRAU