WORKMAN LAW FIRM, PC
Robin G. Workman
robin@workmanlawpc.com
2325 3rd St., Suite 329
San Francisco, CA 94107
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

Attorneys for Plaintiff
JONATHAN GRAHAM

SEYFARTH SHAW LLP
Michele J. Beilke (SBN 194098)
mbeilke@seyfarth.com
Julia Y. Trankiem (SBN 228666)
jtrankiem@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  213-270-9600
Facsimile:   213-270-9601

SEYFARTH SHAW LLP
Jeffrey A. Nordlander (SBN 308929)
jnordlander@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:  916-498-7051
Facsimile:   916-558-4839

Attorneys for Defendant
STRYKER EMPLOYMENT COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRAHAM, on behalf of himself and all others similarly situated and as a representative for the State of California,<br><br>Plaintiff,<br><br>v.<br><br>STRYKER EMPLOYMENT COMPANY, LLC, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01411-DJC-JDP<br><br>**JOINT STIPULATION TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE AND EXPERT DISCLOSURE AND DISCOVERY DEADLINES ORDER**<br><br>Complaint Filed:  August 11, 2024<br>Trial Date:         August 16, 2027 |

1

Plaintiff Jonathan Graham ("Plaintiff") and Defendant Stryker Employment Company, LLC ("Stryker" or "Defendant"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, to modify the class certification briefing schedule set forth in the Court's March 12, 2025 and April 29, 2025, Orders (Dkt. 22 & 27) and the expert disclosure and discovery deadlines set forth in the Court's April 9, 2026, Order (Dkt. 51) as follows:

WHEREAS, pursuant to the Court's May 7, 2026, Order (Dkt. 53), the Parties filed their respective motions for summary judgment and/or summary adjudication;

WHEREAS, Stryker noticed the hearing on the motions to occur on July 9, 2026;

WHEREAS, pursuant to the Court's May 7, 2026, Order (Dkt. 53), Stryker's reply and opposition shall be filed on July 23, 2026, and Plaintiff's reply brief shall be filed 10 days after Stryker files its reply and opposition brief, or July 6, 2026;

WHEREAS, pursuant to the Court's March 12, 2025 and April 29, 2025, Scheduling Orders (Dkt. 22 & 27), Plaintiff's deadline to file his class certification motion is July 17, 2026, 8 days following the noticed hearing date for the Parties' respective motions for summary judgment/adjudication, with a hearing date set by the Court of October 1, 2026, at 1:30 p.m.;

WHEREAS, due to issues Stryker encountered in obtaining data responsive to Plaintiff's discovery requests that is necessary to calculate class wide damages and to conserve resources and promote efficiency by requesting the Court to resolve potential dispositive legal issues before engaging in costly expert discovery, in its April 9, 2026 Order (Dkt. 51), the Court modified the expert disclosure and discovery deadlines.  Pursuant to the Court's April 9, 2026, Order, the current deadlines for expert disclosure and discovery are as follows:

    1.  Deadline to disclose initial expert reports:  October 5, 2026;

    2.  Deadline to disclose rebuttal experts and produce reports: November 2, 2026; and,

    3.  Deadline to complete expert discovery: December 4, 2026.

WHEREAS, to preserve judicial resources and promote efficiency by allowing the Parties to obtain the Court's rulings on the Parties' respective motions for summary adjudication/judgment before burdening the Court with the class certification motion and expending the costs associated with the filing of class certification briefing, the Parties met and conferred and jointly request that the Court modify the

2

briefing schedule with respect to Plaintiff's motion for class certification as follows:

(1)    Plaintiff's opening brief in support of class certification shall be filed no later than August 17, 2026;

(2)    Stryker's opposition brief shall be filed no later than thirty-five (35) days after Plaintiff's motion for class certification is filed; and,

(4)    Plaintiff's reply shall be filed no later than twenty-one (21) days after Stryker's opposition is filed.

The hearing date on Plaintiff's motion for class certification shall be rescheduled to occur on November 4, 2021.

WHEREAS, to allow Stryker additional time to address the issues with obtaining the materials requested by Plaintiff and to conserve resources and promote efficiency by allowing the Parties to obtain the Court's rulings on the class certification motion before expending the costs associated with expert disclosures and discovery, the Parties met and conferred and jointly request that the Court modify the expert discovery and disclosure cutoffs as follows:

(1) Deadline to disclose initial experts and produce reports:  December 4, 2026;

(2) Deadline to disclose rebuttal experts and produce reports:  January 4, 2027;

(3) Deadline to complete expert discovery:  February 4, 2027.

WHEREAS, good cause exists to modify the briefing schedule and expert discovery and disclosure deadlines as set forth herein, as the requested modification will promote judicial economy and streamline the presentation of the issues before the Court;

WHEREAS, the requested modification to the class certification briefing schedule and expert disclosure and discovery deadlines will not alter the dispositive motions filing deadline, and will not affect any other dates in the Court's prior orders, other than the expert disclosure and discovery cutoff dates, and will not prejudice either Party; and

WHEREAS, the Parties stipulate and agree that the modified class certification briefing schedule and expert disclosure and discovery deadlines set forth herein will facilitate the efficient disposition of this action.

///

3

JOINT STIPULATION TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE AND EXPERT DISCLOSURE AND DISCOVERY DEADLINES; ORDER

325590580v.1

**IT IS SO STIPULATED.**

DATED: May __, 2026

Respectfully submitted,

WORKMAN LAW FIRM, PC

By: */s/Robin G. Workman*
    Robin G. Workman

    Attorneys for Plaintiff
    JONATHAN GRAHAM

DATED: June 23, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:   */s/Jeffrey A. Nordlander*
    [As Authorized on June 23, 2026]
    Michele J. Beilke
    Julia Y. Trankiem
    Jeffrey A. Nordlander

    Attorneys for Defendant
    STRYKER EMPLOYMENT COMPANY, LLC

JOINT STIPULATION TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE AND EXPERT
DISCLOSURE AND DISCOVERY DEADLINES; ORDER

325590580v.1

## **ORDER**

The Court, having considered the Parties' Joint Stipulation to Modify Motion for Class Certification Briefing Schedule, and Expert Disclosure and Discovery Cutoffs, and good cause appearing therefor, hereby GRANTS the stipulation and ORDERS as follows.

The Parties shall file their respective class certification briefing according to the following briefing schedule:

(1)    Plaintiff's opening brief in support of class certification shall be filed no later than August 17, 2026;

(2)    Stryker's opposition brief shall be filed no later than thirty-five (35) days after Plaintiff's motion for class certification is filed; and,

(4)    Plaintiff's reply shall be filed no later than twenty-one (21) days after Stryker's opposition is filed.

The Court vacates the class certification hearing date set for October 1, 2026, and resets the hearing for November 5, 2026, at 1:30 PM.

The Court amends the April 9, 2026, Order (Dkt. 51) regarding expert disclosure and discovery deadlines as follows:

(1) Deadline to disclose initial experts and produce reports:  December 4, 2026;

(2) Deadline to disclose rebuttal experts and produce reports:  January 4, 2027;

(3) Deadline to complete expert discovery:  February 4, 2027.

**IT IS SO ORDERED.**

Dated:  June 23, 2026                              /s/ Daniel J. Calabretta
                                                            THE HONORABLE DANIEL J. CALABRETTA
                                                            UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE AND EXPERT DISCLOSURE AND DISCOVERY DEADLINES; ORDER

325590580v.1