WORKMAN LAW FIRM, PC
Robin G. Workman
robin@workmanlawpc.com
2325 3rd St., Suite 329
San Francisco, CA 94107
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

Attorneys for Plaintiff
JONATHAN GRAHAM

SEYFARTH SHAW LLP
Michele J. Beilke (SBN 194098)
mbeilke@seyfarth.com
Julia Y. Trankiem (SBN 228666)
jtrankiem@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: 213-270-9600
Facsimile: 213-270-9601

SEYFARTH SHAW LLP
Jeffrey A. Nordlander (SBN 308929)
jnordlander@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: 916-498-7051
Facsimile: 916-558-4839

Attorneys for Defendant
STRYKER EMPLOYMENT COMPANY, LLC

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN GRAHAM,<br><br>Plaintiff,<br><br>v.<br><br>STRYKER EMPLOYMENT COMPANY, LLC,<br><br>Defendant. | Case No.: 2:24-cv-01411-DJC-JDP<br><br>**ORDER RE: JOINT STIPULATION TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE** |

**ORDER**

The Court, having considered the Parties' Joint Stipulation to Modify Motion for Class Certification Briefing Schedule, and good cause appearing therefor, hereby GRANTS the stipulation and ORDERS as follows.

The Parties shall file their respective class certification briefing according to the following briefing schedule:

(1) Plaintiff's opening brief in support of class certification shall be filed no later than January 11, 2027;

(2) Stryker's opposition brief shall be filed no later than thirty-five (35) days after Plaintiff's motion for class certification is filed; and,

(3) Plaintiff's reply shall be filed no later than twenty-one (21) days after Stryker's opposition is filed.

The Court vacates the class certification hearing date set for November 19, 2026, and resets the hearing for March 18, 2027, subject to the Court's availability.

**IT IS SO ORDERED.**

Dated: August 14, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE